**Heather Draper G019005**
Name and Prisoner/Booking Number

**Estrella Detention Facility**
Place of Confinement

**3250 W. Lower Buckeye Road**
Mailing Address

**Phoenix, AZ 85009**
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ☒
RECEIVED ☐
LODGED ☐
COPY ☐

JUL 0 3 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

**Heather Draper**
(Full Name of Plaintiff)

Plaintiff,

v.

**(1) Paul Penzone et. al**
(Full Name of Defendant)

(2)_____

(3)_____

(4)_____

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV23-01219-PHX-SMB--MTM**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.   JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other:_____

2. Institution/city where violation occurred: **Estrella Detention Facility**

3. **Phoenix, Arizona 85009**

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: Paul Penzone . The first Defendant is employed
as: Maricopa County Sheriff at Estrella Detention Facility.
   (Position and Title)                                                          (Institution)

2. Name of second Defendant:_____ The second Defendant is employed as:
as:_____ at_____
   (Position and Title)                                                          (Institution)

3. Name of third Defendant:_____ . The third Defendant is employed
as:_____ at_____
   (Position and Title)                                                          (Institution)

4. Name of fourth Defendant:_____ . The fourth Defendant is employed
as:_____ at_____
   (Position and Title)                                                          (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?        ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed?_____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number:_____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____

   b. Second prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number:_____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____

   c. Third prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number:_____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D.   CAUSE OF ACTION

### COUNT I

1.   State the constitutional or other federal civil right that was violated: _Eighth Amendment Health & Safety deliberate indifference Negligence_

2.   **Count I.**   Identify the issue involved.   **Check only one.**   State additional issues in separate counts.

☒ Basic necessities          ☐ Mail               ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings   ☐ Property           ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other:_____

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_Inadequate shelter and molded Food violates the Eighth Amendment under Health & Safety_

_Every Dorm in Estrella Detention Facility has black mold in the showers of which, it can be seen where the walls have been painted over with paint. On the base boards, black mold around the light fixtures: around the walls where the sink is mounted. Inside the drain of the sink - In the air vents blowing on us daily_

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_Emotional & Mental Tort_

5.   **Administrative Remedies:**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                       ☒ Yes    ☐ No
   b.   Did you submit a request for administrative relief on Count I?                    ☐ Yes    ☒ No
   c.   Did you appeal your request for relief on Count I to the highest level?          ☐ Yes    ☒ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _The grievance procedure for inmates regarding the Black mold is ignored by detention officers. Flu like symptoms including cough, runny nose, itchy eyes. Sore throat, etc. due to Estrella Detention Facility Medical/Officers blaming Covid. OR Officers inform inmates "Not to come to jail"_

## COUNT II

1.   State the constitutional or other federal civil right that was violated: _____
_____

2.   **Count II.**  Identify the issue involved.  Check **only one.**   State additional issues in separate counts.

☐ Basic necessities       ☐ Mail       ☐ Access to the court       ☐ Medical care
☐ Disciplinary proceedings       ☐ Property       ☐ Exercise of religion       ☐ Retaliation
☐ Excessive force by an officer       ☐ Threat to safety       ☐ Other:_____

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.   **Administrative Remedies.**
1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?       ☐ Yes    ☐ No
2. Did you submit a request for administrative relief on Count II?       ☐ Yes    ☐ No
3. Did you appeal your request for relief on Count II to the highest level?       ☐ Yes    ☐ No
4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: _____
_____

2. **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

   ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
   ☐ Excessive force by an officer      ☐ Threat to safety      ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☐ Yes      ☐ No
   2. Did you submit a request for administrative relief on Count III?      ☐ Yes      ☐ No
   3. Did you appeal your request for relief on Count III to the highest level?      ☐ Yes      ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

42 U.S.C § 1983 Failing to provide a safe and healthy
environment for inmates
There is no priviledge for immunity

Seeking claim relief of 70,000.00
Emotional + mental Tort

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  June 6 2023
              DATE

_Neather Draper_
SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney=s address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may
attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable.
If you attach additional pages, be sure to identify which section of the complaint is being continued and number
all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **June 28, 2023** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___  Hon _____ United States District Court, District of Arizona.

___  Hon _____ United States District Court, District of Arizona.

___  Attorney General, State of Arizona, _____

___  Judge _____ Superior Court, Maricopa County, State of Arizona.

___  County Attorney, Maricopa County, State of Arizona _____

___  Public Defender, Maricopa County, State of Arizona _____

___  Attorney _____

___  Other _____

___  _____

___  _____

_____                                    **B4627**
Legal Support Specialist Signature                          S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009